DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. CHRISTMAS

No. 264 PC.

Case below: 52 N.C. App. 186.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 6 October 1981.

STATE v. COOPER

No. 337 PC.

No. 134 (Fall Term).

Case below: 52 N.C. App. 349.

Petition by Attorney General for writ of certiorari to North Carolina Court of Appeals allowed 6 October 1981.

STATE v. FURR

No. 24 PC.

Case below: 52 N.C. App. 735.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 6 October 1981.

STATE v. GOLLETT

No. 253 PC.

Case below: 52 N.C. App. 585.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 6 October 1981.

STATE v. HALL

No. 269 PC.

Case below: 52 N.C. App. 492.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 6 October 1981. Motion of defendant to dismiss appeal for lack of significant public interest allowed 6 October 1981.